IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    22-CR-0361-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JALIN BISHOP,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 13, 2022, in the State and District of Colorado, the defendant, JALIN BISHOP, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about May 13, 2022, in the State and District of Colorado, the defendant, JALIN BISHOP, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute a controlled substance, as alleged in Count 1 herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about May 13, 2022, in the State and District of Colorado, the defendant, JALIN BISHOP, did knowingly transfer a firearm, to wit: a Tennessee Arms, model AR9, 9mm semi-automatic pistol, bearing serial number G000007120, knowing and having reasonable cause to believe that the firearm would be used to commit a drug trafficking crime.

All in violation of Title 18, United States Code, Section 924(h).

## Forfeiture Allegation

1.  The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the violation(s) described in Counts 2 and 3 above, the defendant, JALIN BISHOP, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: (1) a Tennessee Arms, model AR9, 9mm semi-automatic pistol, bearing serial number G000007120.

3.  Upon conviction of the violation(s) described in Count 1 above, alleging violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), the defendant, JALIN BISHOP, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property

constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

Cole Finegan
United States Attorney

<u>*s/Conor A. Flanigan*</u>
Conor A. Flanigan
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   conor.flanigan@usdoj.gov