DEFENDANT:        JALIN BISHOP

YOB:              **1996**

COMPLAINT          _____ Yes      __X__ No
FILED?

                  If Yes, MAGISTRATE CASE NUMBER:        _____

OFFENSE(S):       **Count 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
                  Possession with Intent to Distribute a Controlled Substance (Marijuana)

                  **Count 2: 18 U.S.C. § 924(c)(1)**
                  Use and Carry of a Firearm During and in Relation to a Drug Trafficking
                  Crime

                  **Counts 3: 18 U.S.C. § 924(h)**
                  Transfer of Firearm Used to Commit a Drug Trafficking Crime

LOCATION OF
OFFENSE:          Mesa County, Colorado

PENALTY:          **Count 1:**
                  NMT 20 years' imprisonment; NMT $1,000,000 fine, or both; NLT 3
                  years' supervised release; and a $100 special assessment

                  **Count 2:**
                  NLT 5 years' and NMT life imprisonment; NMT $250,000 fine, or both;
                  NMT 5 years' supervised release; and a $100 special assessment

                  **Count 3:**
                  NMT 10 years' imprisonment; NMT $250,000 fine or both; NMT 3 years'
                  supervised release; $100 Special Assessment.

AGENT:            Joe Acosta
                  Special Agent, ATF

AUTHORIZED        Conor A. Flanigan
BY:               Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

  __X__ five days or less          _____ over five days

THE GOVERNMENT

  __X__ will seek detention in this case based on 18 U.S.C. § 3141(f)(1).
The statutory presumption of detention **is** applicable to this defendant.