AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:55 pm, Dec 27, 2022
**JEFFREY P. COLWELL, CLERK**

United States of America
v.

1. JALIN BISHOP

*Defendant*

Case No. 22-CR-00361-CNS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JALIN BISHOP,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance (Marijuana), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), and Transfer of Firearm Used to Commit a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(h)

Date: 12/20/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on (date) 12/21/22, and the person was arrested on (date) 12/27/22
at (city and state) GRAND JUNCTION, CO.

Date: 12/27/22

*Arresting officer's signature*

BEN BIRD
*Printed name and title*