IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-0361-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. JALIN BISHOP**,

        Defendant.

---

### NOTICE OF APPEARANCE OF COUNSEL
---

Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance as court appointed CJA counsel for Jalin Bishop in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

Dated: December 28, 2022.

        Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com

*Attorney for Jalin Bishop*

1

**Certificate of Service**

  I certify that on December 28, 2022, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Conor Flanigan
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
conor.flanigan@usdoj.gov

                *s/ Nancy Hickam*
                Nancy Hickam