IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-0361-CNS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JALIN BISHOP**,

       Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO APPOINT CONFLICT FREE COUNSEL FROM THE CJA PANEL**

---

COMES NOW undersigned counsel, Jamie Hubbard, and hereby moves this Honorable Court for the entry of an Order granting her leave to withdraw as counsel of record for Defendant Jalin Bishop. In support thereof, counsel states as follows:

1. At the initial appearance in this case, the Court found Mr. Bishop qualified for appointed counsel and directed that an attorney be appointed from the CJA panel due to a conflict on the part of the federal public defender's office. (ECF No. 8.)

2. Undersigned counsel entered her appearance on December 28, 2022 and appeared with Mr. Bishop for his arraignment, discovery conference and detention hearing. Mr. Bishop was released on conditions. (ECF Nos. 9-10.)

3. In reviewing the discovery in this case, counsel became aware of information that implicates Rule 1.7 of the Colorado Rules of Professional Conduct. Undersigned counsel cannot provide conflict-free representation to Mr. Bishop.

4. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon a showing of good cause.

5. Substituting counsel at this early stage in the case will cause minimal prejudice to Mr. Bishop, the Government, and the public interest in speedy resolution of criminal matters.

Accordingly, undersigned counsel respectfully requests that the Court find good cause exists for granting this motion without a hearing, and that she be allowed to withdraw from further representation of defendant Jalin Bishop in the matter, effective immediately. Counsel further asks the Court to appoint conflict free counsel from the CJA Panel.

Dated: January 20, 2023.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com

*Attorney for Jalin Bishop*

**Certificate of Service**

   I certify that on January 20, 2023, I electronically filed the foregoing *Motion to Withdraw as Counsel and Request to Appoint Conflict Free Counsel from the CJA Panel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Conor Flanigan
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
conor.flanigan@usdoj.gov

                *s/ Nancy Hickam*
                Nancy Hickam