## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  22-CR-0361-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JALIN BISHOP,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as CJA counsel for the above-named Defendant, Jalin Bishop.

    DATED at Denver, Colorado this  24th  day of  January , 2023            .

    s/ Abraham V Hutt
    Recht Kornfeld
    Abraham V Hutt, #14137
    1600 Stout Street, Suite 1400
    Denver, Colorado   80202
    (303) 573-1900

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing was served this  24th  day of January, 2023 using the CM/ECF system which will send notification of such filing to all listed parties.

    Leni Charles
    Legal Assistant