**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 22-CR-0361-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Jalin Bishop,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL**
**FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 30th day of March, 2023.

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney

By: *s/ Albert Buchman*
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado  80202
      Telephone:   (303) 454-0100
      E-mail:  al.buchman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 30th day of March, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      <u>*s/ Lauren Timm*</u>
      Lauren Timm
      *United States Attorney's Office*
      Legal Assistant