IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00361-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JALIN BISHOP,

    Defendant.
_____

MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY CONOR A. FLANIGAN
AS COUNSEL FOR THE UNITED STATES
_____

The United States of America, through Cole Finegan, United States Attorney for the District of Colorado, by Conor A. Flanigan, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney Conor A. Flanigan as counsel of record in the above-captioned case. Assistant U.S. Attorney Albert Buchman will remain the counsel of record in this case.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:  *s/Conor A. Flanigan*
    CONOR A. FLANIGAN
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Suite 1600
    Denver, Colorado   80202
    Telephone:  (303) 454-0100
    Fax:  (303) 454-0405
    E-mail:  conor.flanigan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of March, 2023, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY CONOR A. FLANIGAN AS COUNSEL FOR THE UNITED STATES using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                             *s/Maggie Grenvik*
                                             Maggie Grenvik
                                             Legal Assistant